# EXHIBIT 1

**Urinator with real powered urine**

PUBLISHED: Wednesday, July 5, 2023

**The Urinator is engineered to pass a drug test.**

The Urinator is a discreet and highly advanced solution for those prioritizing their medical privacy while undergoing a urine test. It boasts a user-friendly design that requires no mechanical engineering expertise to operate. Not only that, but it comes with Powdered Urine at no extra cost, making it an even more appealing option.

A battery powers the device and utilizes a silicone heating element to rapidly bring the urine to the desired temperature. The urine is contained within an IV bag, which can be conveniently worn near the crotch area. This bag is connected to a flexible tube, enabling a realistic urination simulation. This innovative design ensures that the device is effortless to use and simulates the process of urination, resulting in a more accurate test outcome.

Our testing has demonstrated that the Urinator is highly effective in maintaining urine at the correct temperature without user intervention. This makes it an ideal solution for individuals facing a drug test situation. We have yet to discover a simpler or more effective means of passing a drug test, particularly for employment purposes. The Urinator's price point is also reasonable, given its many benefits.

We strongly advise conducting thorough testing before utilizing the Urinator for an actual drug test. Test it with water and clean urine samples to ensure its reliability. It is crucial to avoid raising red flags with the labs; thus, synthetic urine is not recommended.

Whether you are a tech enthusiast or someone who values medical privacy and is searching for a discreet and reliable way to pass a urine test, the Urinator is an excellent choice. Its simplicity and effectiveness make it an appealing option for anyone seeking privacy during a medical examination.

Click here to discover more about the Urinator.

**Related Articles**

Azo Cranberry Pills Drug Test Info
Real Powdered Urine to Pass Drug Test
Using Synthetic Urine to Pass a Drug Test?

Live Help is Online. 

**Other Products**

**Nexxus Aloe Rid Shampoo**
**Mega Clean Detox for Drug Test**
**Ready Clean Detox**
**Benzodiazepine Drug Test Kit**
**Cocaine Drug Test Kit**
**MDMA Test Kit**
**Methamphetamine Drug Test**
**Oxycodone Drug Test Kit**
**Steroid Test Kit**

**Top Sellers**



Old Style Aloe Toxin Rid Shampoo

294 Reviews

$169.95

Old Style Aloe Toxin Rid Shampoo with Zydot Ultra Clean deeply cleanses and removes imp...

More Info



Urine Simulation with Powdered Urine Kit

674 Reviews

$59.95

The only reliable solution for passing any test is the Powdered Urine Kit, not Synthetic Urine or Fake Urine.

More Info



10-Day Detox Kit

134 Reviews

$189.95



5 Day Detox Kit

152 Reviews

$109.95

Live Help is Online. 

10-Day Detox program designed for **Extreme Toxin Exposure**. Our Detox programs work for all tox...

More Info

5-Day Detox Toxin Rid Kit designed for **Heavy Toxin Exposure.** Our Detox programs work for all to...

More Info

Live Help is Online.