# EXHIBIT 2

**Live Help is Online.** 

**Live Help is Online.** 



     

**Urine Simulation with Powdered Urine Kit**

# By: TEST CLEAR

<u>674 Reviews</u>

**Product Sku:** PURINE

**Reg. Price: $59.95**

# Our Price: **$59.95**

**Need More Heaters?**                                           No Thanks!

**Need a 15 ML Water Vial?**                                No Thanks!

**Need a 50 ML Water Vial?**                                No Thanks!

**Need a Digital**                                                      No Thanks!

**Live Help is Online.** 

Case 2:24-cv-01263   Document 1-2   Filed 08/15/24   Page 5 of 10

**Thermometer?**

**Quantity:**                                                                                  1

**BUY NOW**                            ❯

Add to Cart

# Description

Using Synthetic or Fake Urine is not recommended. Testclear's Real Powdered Urine is the best option if you need a solution that closely resembles urine. Many individuals consider it the top choice, and we strongly recommend it to you as well, regardless of the complexity of your experiment. The Real Powdered Urine Kit is not Fake Urine or Synthetic Urine, and it includes all the necessary chemicals, including uric acid, to simulate urine effectively.

✅ To prepare for your experiment, mix the powdered urine with water at home at room temperature (70F/21C). About an hour before your experiment, arrive near the facility and attach the heater to the vial opposite the temperature strip. The desired temperature will take approximately 45 minutes to reach, so keep an eye on the temperature strip and begin your experiment once it indicates the correct temperature (90-100F/32-37C).

✅ The PU100 urine kit made of powder is specifically designed to resemble drug-free human urine. It is not fake or synthetic urine in appearance, scent, or chemical properties. Our powdered urine is free of toxins and is a standard for calibrating drug testing machines, making it the most dependable product.

✅ The kit includes a 50-ml plastic medical vial, drug-free powdered urine, an air-activated heater that lasts up to six hours, a temperature strip, and an instruction sheet with helpful hints and tips. Please note that you will need to provide your water.

✅ The plastic transportation vial can hold up to 50 ml, and you must submit at least 45 ml for your sample to be valid. We provide an extra 5 ml, but add up to 25 ml of water (75 ml) if you need more. Adding more than 75 ml of water may result in a diluted sample. The temperature strip is highly accurate, reusable, and of the best quality in the kit so that you can be sure of the exact temperature at all times.

✅ Extra heaters are available for purchase in case the experiment is delayed.

✅ Additionally, a digital thermometer can be purchased, which some users find helpful for obtaining a wider temperature reading. An extra 15 ml vial is available for experiments that do not follow standard testing guidelines.

✅ You can dilute our synthetic urine with 50% more water (25 ml) without adverse effects. Our powdered urine is toxin-free and used to calibrate drug testing machines, making it the **most reliable product**. It also makes for a great gag gift or bed-wetting prank.

# Product Details

**What comes in the Testclear Powdered Urine Kit (not synthetic or fake urine)?**

- One vial containing powdered urine

- One 50 ml plastic medical transport vial with a blue lid

- One temperature strip

**Live Help is Online.** 🟢

- One temperature strip
- Two air-activated heaters

**Instructions**

1. Pour the powdered urine in the small vial into the larger 50 ml tube.
2. Slowly fill the tube with water to the very top, screw the blue cap on tightly, and shake until the powder is completely dissolved.
3. Apply the temperature strip on the front of the 50ml tube. Open the heater package, peel the paper off of one heater, and stick it to the backside of the tube, directly opposite the temperature strip.
4. Before conducting your experiment, verify the temperature is within the correct range (90-100F/32-37C).

**Tips and Tricks To Pass the Urine Drug Test with Not Synthetic Urine or Fake Urine.**

- Always call or email before your experiment if there are any questions. Don't guess; ask. - please reach out to **support@testclear.com** or our live chat
- Before conducting the urine test simulation, you must verify that the urine temperature is between 90F and 100F/32C and 37C. Any sample outside that temperature could cause an invalid experiment, unintended laboratory test results, or anomalies.
- We suggest you start with room temperature instead of hot or warm water because the heater we give you brings the water up to the correct temperature range. Use one heater unless you want to get to the proper temperature faster.
- It is not broken if you do not see a reading on the temperature strip. The urine is either too cold or too hot. The temperature strip is highly accurate, reusable, and the highest-quality component in the kit.
- If the urine is too cold, be patient and let the heater raise the temperature. If the urine is too hot, remove the cap and heater and gently blow on the urine until it comes into the correct range.
- Practice cooling the water. Take the tube alone, go to the sink, and put it in hot water, driving the temperature off the scale above 100F. Gently blow on the liquid until the rainbow temperature indicator comes into the 90- to 99-degree range. This does two things: It lets you see the rainbow indicator on the temperature strip and gives you experience bringing the temperature down, just in case the temperature rises above 100 degrees.
- Be sure the heater is not too close to the temperature strip, or the strip will measure the heater instead of the water. Use rubber bands or adhesive tape for a snug fit between the heater and tube.
- Do not remove the heater from the tube unless the urine is too hot; otherwise, the temperature will eventually fall out of the required range of 90 to 99 degrees.
- Before preparing the kit, make sure you know when your 10-panel drug test will take place, as these heaters are single-use.
- If your experiment requires more than 50 ml, take a small vial of water to dilute the sample to the minimum level of 75 ml. Be careful not to affect the temperature too much.
- After the sample is ready, here's how to conceal it: Women can use the bra area or adapt to the common method men use: wearing two pairs of briefs or tight underwear and slipping the tube between the layers. If the tube is in a warm place against the body, the temperature should remain within the correct range for about 30 minutes.
- Extra heaters are available at the time of purchase. They are highly recommended in case the test gets delayed.
- A digital thermometer is also available at the time of purchase. Some people find providing a wider temperature reading helpful than the strip can. This option is highly recommended for first-time users who need to conceal illicit drug use.
- An option for extra vials (50 ml or 15 ml) is handy when the extra volume is needed. Technically, you only need drops to conduct your experiment, but extra volume is useful to impress the audience or send a strong message. You can dilute the powdered urine we give with 50 percent more water (25 ml) without causing any adverse effects.

**This product is to be used by all local, state, and federal laws and is not to be used for lawfully administered drug tests.**

# FAQ

**Is Powdered Urine Real Urine?**

The kit contains powdered urine with real, drug-free human urine qualities. This urine in powdered form has uric acid and other compounds in authentic human urine. It will behave the same as a normal, clean urine sample in-home tests and when applicants or

Live Help is Online.

those in a drug-court program go to take their tests. If it is used correctly, the powdered urine sample will avoid a positive test result and conceal the use of illicit substances like THC, opiates, synthetic opioids, stimulants, and others. It will also behave accordingly for any experiments performed for health care, the creation of medicine, or similar purposes.

The powdered urine kit also differs from **synthetic urine** or fake pee advertised in other Fake Urine kits. Synthetic urine is made using chemicals and is typically used to test the effects of urine on bedding, diapers, and other products that are likely to come in contact with it. We don't recommend using such a product for specimen validity testing or tests detecting a drug's presence, as it may produce a false-positive result.

**How Do You Use Clear Urine Powder?**

Follow these steps to use the powdered urine kit for your experiment, simulation, or pre-employment drug test:
1. Pour the vial of powdered urine into the collection container tube included in the kit.
2. Stick the temperature strip to the tube that comes with the kit.
3. Fill the tube with water that reaches the top of the container and put the cap on tightly.
4. Shake the tube to dissolve the powdered urine.
5. Stick the heater to the backside of the tube.
6. Verify the temperature and submit.

Check out the product pamphlet and this page for detailed instructions and tips.

**Can a Real Powdered Urine sample be saved if I don't use it the day it was mixed?**

Yes, as long as it's used within 72 hours. This is the maximum time the sample can be refrigerated, and you'll need to reheat it using the original process. Reheating more than once or attempting to use the kit after 72 hours will not produce the desired results.

---

# Rating & Reviews

Write a review

 Verified Buyer

## Do not worry anymore!

Passed non-dot 9 panel drug test. like others say, make sure temp strip reads bw 90-99F. Use livechat for any questions, they respond fast! ladies, wear compression shorts and stick in inguinal
...

More

Written by Duoloingo from Texas 2/8/2024

---

 Verified Buyer

## I passed!

Product works exactly as stated. I passed my pre-employment drug test for a new job. It was the E-cup type test. No issues.

Written by Anonymous from La Grange 2/1/2024

**Live Help is Online.** 

 Verified Buyer

**Easy to use, Works perfectly!**

Worked perfectly. Easy to follow instructions. Make sure to get all of the small particles dissolved. Keep it body temp and use the warmer if necessary. The facility I went to wouldn't allow …

More

Written by KD 2/1/2024

 Verified Buyer

**Awesome Product**

I was a skeptical about if this product would work or not. It sure did! I received the test kit the day before my scheduled 5 panel drug test for employment. I followed all the directions and …

More

Written by michelle from Haddon Township 1/25/2024

 Verified Buyer

**Urine drug test**

This product does what it says it will do so don't worry. Although the passing temperature range is 90F-100F make sure your temperature is in the range of 96F-98F before you put urine in spec…

More

Written by N.D 1/21/2024

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | … |

# Related Products





**Live Help is Online.**



### 10-Day Detox Kit

134 Reviews

**$189.95**

More Info

### 5 Day Detox Kit

152 Reviews

**$109.95**

More Info



### 3 Day Detox Kit

66 Reviews

**$69.95**

More Info

# Top Sellers

### Urine Simulation with Powdered Urine Kit

674 Reviews

**$59.95**



### 5 Day Detox Kit

152 Reviews

**$109.95**



**Live Help is Online.** 

### 10-Day Detox Kit



134 Reviews

**$189.95**



# Our Newsletter

Subscribe to receive our lastest product info and promotional coupons via email.

Your Email Address

**Subscribe Now**

 

**Live Help is Online.**