The Honorable Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT COURT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE RESEARCH TECHNOLOGY, INC., a Tennessee corporation,<br><br>     Plaintiffs,<br> v.<br><br>INTERNET TECHNOLOGY GROUP, INC., an Oklahoma corporation; CHARLES ALVIS and CHI ALVIS, individually and the marital community composed thereof and as trustees of THE ALVIS FAMILY TRUST, a Washington State Trust; AFFILIATE JOHN DOE COMPANIES 1-20; AFFILIATE JOHN DOES 1-20,<br><br>     Defendants.<br><br>INTERNET TECHNOLOGY GROUP, INC.,<br><br>     Counterclaimant,<br> v.<br><br>INNOVATIVE RESEARCH TECHNOLOGY, INC., a Tennessee corporation (Counter-claimant defendant) and MICHAEL HEISLER (Third-party defendant),<br>     Counter-claim and<br>     Third-party<br>     Defendants. | NO. 2:24-cv-01263-TL<br><br>ORDER OF UNOPPOSED WITHDRAWAL OF COUNSEL<br><br>*CLERK'S ACTION REQUIRED*<br><br>[~~PROPOSED~~] |

ORDER OF WITHDRAWAL & SUBSTITUTION - 1

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596

TO: CLERK OF THE COURT;

AND TO: ALL PARTIES OF RECORD

THIS MATTER, having come before the Court on Unopposed Motion to allow withdrawal of counsel pursuant to Western District Local R. Civ. P. 83.2(b)(1),(3), and the Court having reviewed the pleadings, hereby allows withdrawal of attorneys of record, Justin P. Walsh, James P. Ware, and Mike Solomon of Gleam Law, PLLC, effective immediately. Counsel for Plaintiff remains Joseph W. McIntosh of Tomlinson Bomsztyk Russ in accordance with their Notice of Appearance filed March 12, 2025.

SO ORDERED this 13th day of March, 2025.

_____
Tana Lin
United States District Judge

ORDER OF WITHDRAWAL & SUBSTITUTION - 2

**Gleam Law, PLLC**
605 First Avenue, Suite 330
Seattle, WA 98104
P: (206) 693-2900
F: (206) 319-4596