UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE RESEARCH TECHNOLOGY, INC., a Tennessee corporation,<br>Plaintiff,<br>v.<br>INTERNET TECHNOLOGY GROUP, INC., an Oklahoma corporation, et al.,<br>Defendants. | CASE NO. 2:24-cv-01263-TL<br><br>ORDER ON PLAINTIFF'S RULE 30(B)(4) MOTION |

The matter is before the Court on Plaintiff's motion to conduct the deposition of its expert witnesses by videoconference. Dkt. No. 75. Having considered the motion, Defendants' response (Dkt. No. 77), and the relevant record, and finding oral argument unnecessary, *see* LCR 7(b)(4), the Court GRANTS Plaintiff's motion.

The Court is not convinced by either Party's arguments as to why the depositions of Plaintiff's experts should be held via videoconference or in person and is concerned with certain reasons given by both sides. Ultimately, however, the Court is more disturbed with Defendants' behavior, especially in light of their insistence on an in-person deposition for Charles Alvis

because he had hearing issues and needed to lip read when, in fact, he regularly participates in videoconferences with his counsel and a co-worker. Dkt. No. 75 at 2.

Based upon the specific facts present in this case, the Court will grant Plaintiff's motion to allow the depositions of IRT's expert witnesses to proceed by videoconference should they proceed as currently scheduled. However, given that the Court is going to reschedule the trial for July 26, 2027, there is some flexibility in the case schedule should the parties wish to extend the discovery deadlines not only to accommodate any follow-up required as a result of the Court's September 9, 2026, discovery order in this case (Dkt. No. 73) but also perhaps to reschedule the IRT expert witness depositions should Defendants' counsel continue to insist they proceed in person.

Therefore, the Court ORDERS:

(1) Plaintiff's Rule 30(b)(4) Motion (Dkt. No. 75) is GRANTED.

(2) The Clerk of Court is DIRECTED to cancel the hearing set for Monday, September 14, 2026.

(3) The Parties SHALL meet and confer and submit a report with their proposed case schedule (or competing proposed schedules) for any remaining, unexpired deadlines in light of the new July, 26, 2027 trial date. This report SHALL be filed by **Tuesday, September 15, 2026.**

Dated this 11th day of September, 2026.

Tana Lin
United States District Judge