THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE RESEARCH TECHNOLOGY, INC., a Tennessee corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET TECHNOLOGY GROUP, INC., an Oklahoma corporation, et al.,<br><br>Defendants. | Civil Action No. 2:24-cv-01263<br><br>**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION TO FILE UNDER SEAL EXHIBIT 1 TO THE DECLARATION OF KENNETH A. MATUSZEWSKI** |

Having reviewed the motion, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion to File Under Seal Exhibit 1 to the Declaration of Kenneth A. Matuszewski in Support of IRT's Response in Opposition to Defendant Internet Technology Group, Inc.'s Motion for Reconsideration and to Correct the Record is GRANTED.

SO ORDERED THIS 15th day of October, 2026.

The Honorable Tana Lin
United States District Court Judge

*Presented by:*
*BAMERT REGAN*

/s/ John J. Bamert
John J. Bamert, WSBA No. 48128
Bamert@BamertRegan.com
206.486.7022

/s/ Kenneth A. Matuszewski
Kenneth A. Matuszewski, ILBA 6324308 (*pro hac vice*)
Matuszewski@BamertRegan.com
206.486.7021

600 1st Ave, Suite 330-55215
Seattle, Washington 98104

*Counsel for Plaintiff Innovative Research Technology, Inc.*