UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| INNOVATIVE RESEARCH TECHNOLOGY, INC., a Tennessee corporation,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET TECHNOLOGY GROUP, INC., an Oklahoma corporation; CHARLES ALVIS and CHI ALVIS, individually and the marital community composed thereof and as trustees of THE ALVIS FAMILY TRUST, a Washington State Trust; AFFILIATE JOHN DOE COMPANIES 1-20; AFFILIATE JOHN DOES 1-20,<br><br>Defendants. | Civil Action No.: 2:24-cv-01263-TL<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO EXTEND CERTAIN CASE DEADLINES |

Having reviewed the Parties' Stipulated Motion to Extend Certain Case Deadlines, being fully advised on the matter, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

//

//

//



BAKER & HOSTETLER LLP
999 Third Avenue, Suite 3900
Seattle, Washington 98104
T: 206.332.1380

The Court enters the following case deadlines:

- Dispositive Motions Due: December 4, 2026
- Attorney Settlement Conference to be held by: January 8, 2027
- 39.1 Mediation to be completed by: February 5, 2027

DATED this 18th day of November, 2026

The Honorable Tana Lin

Presented by:

*/s/ Paul J. Bruene*

Douglas A. Grady, WSBA #36100
Paul J. Bruene, WSBA #52727
Colleen (Bo) Gair, WSBA #64306
Baker & Hostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104-4076
T: 206.332.1380
pbruene@bakerlaw.com
dgrady@bakerlaw.com
bgair@bakerlaw.com

*Attorneys for Defendants*